**FILE COPY**



## Court of Appeals

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 25, 2015

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

Scott Brumley
Potter County Attorney's Office
500 S Fillmore St., Room 301
Amarillo, TX 79101-2437
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00091-CR, 07-15-00106-CR, 07-15-00107-CR
Trial Court Case Number: 141066, 141094, 141118

**Style:** Ex parte Daniel Lee Ainsworth

Dear Counsel:

The Court has this day entered the attached Order of Reinstatement.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable W. F. (Corky) Roberts (DELIVERED VIA E-MAIL)
Dedra Morgan (DELIVERED VIA E-MAIL)
Julie Smith (DELIVERED VIA E-MAIL)